COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      LG Chem, Ltd. v. Tommy Morgan

Appellate case number:   01-19-00665-CV

Trial court case number:  100728-CV

Trial court:                     239th District Court of Brazoria County

The appellee, Tommy Morgan, has filed a Motion for Admission *Pro Hac Vice* of Angela J. Nehmens and a Motion of A. Craig Eiland in Support of Motion Seeking Permission for Non-Resident Attorney, Angela J. Nehmens, to Participate in the Above-captioned Proceeding. Both motions lack the certificate of conference required by Texas Rule of Appellate Procedure 10. *See* TEX. R. APP. P. 10.1(a)(5).

Accordingly, we deny the appellee's motions without prejudice to refiling with the proper certificates of conference.

It is so ORDERED.


Judge's signature:  ___/s/  Evelyn V. Keyes_____
                      ☑ Acting individually     ☐ Acting for the Court


Date:   ___October 17, 2019___